Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Emord & Associates, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAGG LIVE FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECO ACTION SDN. BHD., *et al.*, <br><br> Defendants. | Case No. 5:15-cv-04578-LB <br><br><br> Notice of Voluntary Dismissal Without Prejudice |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Bragg Life Foods, Inc. voluntarily dismisses this lawsuit pursuant to Federal Rules of Civil Procedure 41(a). No Defendant has filed an Answer in this case, and this filing therefore causes no prejudice to the named Defendants. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: October 16, 2015

Respectfully submitted,

BRAGG LIVE FOODS, INC.

By:   */s/ Peter A. Arhangelsky*
       Peter A. Arhangelsky, Esq.

       Emord & Associates, P.C.
       3210 S. Gilbert Road, Suite 4
       Chandler, AZ 85286
       Phone: (602) 388-8899
       Fax: (602) 393-4361
       E-mail: parhangelsky@emord.com
       *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, the foregoing, **Plaintiff's Voluntary Dismissal,** was electronically filed using the Court's CM/ECF system and was sent via UPS 2nd Day Air to the following[1]:

Robert Wagner
Blossom Valley Foods
20 Casey Street
Gilroy, CA 95020

          */s/ Peter A. Arhangelsky*
          Peter A. Arhangelsky, Esq.

---

[1] To date, Plaintiff has only served Robert Wagner and Blossom Valley Foods. Plaintiff has been unable to locate any of the other defendants.