Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Emord & Associates, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAGG LIVE FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECO ACTION SDN. BHD., *et al*., <br><br> Defendants. | Case No. 5:15-cv-04578-LB <br><br> [~~Proposed~~] Order Granting Plaintiff's Notice of Voluntary Dismissal Without Prejudice |

Plaintiff's Notice of Voluntary Dismissal Without Prejudice, having been read and considered, and it appearing to the Court that such notice should be granted.

IT IS HEREBY ORDERED that this case is dismissed WITHOUT PREJUDICE.

1  Dated: October 21, 2015

                                                                                                            _____
Hon. Laurel Beeler
Judge, United States District Court
For the Northern District of California

[~~Proposed~~] Order